# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3291

_____

Ricky Donell Holifield

*Petitioner - Appellant*

v.

Commissioner Tom Roy

*Respondent - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: July 30, 2019
Filed: August 2, 2019
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Ricky Holifield, who was sentenced to 108 months in prison after a Minnesota jury found him guilty of second-degree sale of drugs, see State v. Holifield, No. A15-0899, 2016 WL 7439083 (Minn. Ct. App. Dec. 27, 2016) (unpublished opinion),

appeals the district court's[1] order denying his 28 U.S.C. § 2254 petition. Because we agree with the district court that the Minnesota Court of Appeals properly applied Strickland v. Washington, 466 U.S. 668 (1984), in assessing and rejecting Holifield's claims of ineffective assistance of counsel, we affirm for the reasons relied on by the district court. See 8th Cir. R. 47B.

––––––––––––––––––––––––––––––

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable David T. Schultz, United States Magistrate Judge for the District of Minnesota.